# United States District Court
# For The Western District of North Carolina
# Charlotte Division

State Farm Mutual Automobile Insurance Company,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            3:08cv355

Baker,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/16/2008 Order.

Signed: December 16, 2008

Frank G. Johns, Clerk
United States District Court